**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Michael Leon WILLIAMS, Defendant-Appellant.**

**No. 16-11080 Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Filed (January 30, 2017)

Yvette Rhodes, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Kelly S. Karase, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

---

Michael Leon Williams, Coleman, FL, for Defendant-Appellant

Before TJOFLAT, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Charles Truncale, appointed counsel for Michael Leon Williams, moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's conviction and sentence are **AFFIRMED.**